IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Rodney Miller              Plaintiff
VS
Warren County Et Al     Civil Action 3:19cv771-TSL-RHW
                          Defendants


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 29 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

## Complaint

Comes now, Plaintiff Rodney Miller, Pro se And for Cause of Action against The Defendants Warren County, Warren County Jail, Vicksburg Police Department Would state: on Are About May-28-2019 I was Arrested By Vicksburg Police Department And was Booked Into The City Jail Where I was Later Transfred To Madison County For A Period of 11 hours Then Taken To Warren County Jail Where I was Placed Within A Cell Block Without Power (lights) Also It was Extremly keep Dirty I Had no means of Reachin out To The officer other Than kickin The Doors for A long Period of Time Sereved bad food on Seraval of Times Also Placed Within housein with Violent Prisoners As I was There only for Non-Violent Matter was Denied medical Attn many Times Also false Charges was Brought Against me By Vicksburg Police Department which lead me To This Shameful living Conditions which Brought About Major Depression, Nightmares, Extremly Loss weight Et Al, (upon which The Court's Jurisdition Depends, That's Is why This Matter Is Being Brought In Fedral Court.)

### I.

Plaintiff Is An Adult Resident citizen of The County of <u>Hinds</u>, State of mississippi The Defendant <u>Rodney Miller</u>, Is An Adult Resident citizen of The County of <u>Hinds</u> State of <u>mississippi</u>,

Defendants

Warren County Sheriff Department
_____Name_____
1000 Grove St
___Address___
Vicksburg MS 39183


Warren County Jail
1000 Grove St
Vicksburg MS 39183


Vicksburg Police Department
820 Veto St
Vicksburg MS 39180

## Relief

Montary Damages In The Amount of 250.000 Puntive Damges Compensatory, Emoital distress, Legal fess, Any medical Bills That WAS Are has being caused By the Matter of This Actions Plaintiff Also Resevs The Right to Add more damages

Respectfully Submitted, This The 25 day of Oct, 2019

_Rodney miller_
Signature of Plaintiff

Rodney O. miller
Plaintiff Name
3527 Ridge Crest Dr.
Address
Jxn MS 39212

601-500-1686
601-624-1310