UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RODNEY D. MILLER
PLAINTIFF

VS. CIVIL ACTION NO. 3:19CV771TSL-RHW

WARREN COUNTY, ET AL.
DEFENDANTS

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on March 11, 2020, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on March 11, 2020 be, and the same is hereby adopted as the finding of this court. It follows that the complaint is dismissed without prejudice for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 30th day of March, 20209.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE